# EXHIBIT A
## Mr. McKinney's Equifax Consumer Disclosure, June 6, 2018, Excerpt

## 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

### Date Reported: May 25, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | ABILITY RECOVERY SERVICES, | Balance Date | May 25, 2018 |
| Date Assigned | Dec 10, 2017 | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Original Amount Owed | $175 | Account Number | xxxxxx 17N1 |
| Amount | $175 | Creditor Classification | Medical or Health Care |
| Status Date | May 25, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | Apr 01, 2015 |

**Comments**
Consumer disputes this account information
Medical

### Date Reported: May 23, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | AMERICOLLECT INC. | Balance Date | May 23, 2018 |
| Date Assigned | Jun 21, 2017 | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Original Amount Owed | $223 | Account Number | xxxxxx 3A |
| Amount | $223 | Creditor Classification | Medical or Health Care |
| Status Date | May 23, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | Feb 17, 2017 |

**Comments**
Consumer disputes this account information
Medical

### Date Reported: May 05, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | HUNTER WARFIELD, INC | Balance Date | May 05, 2018 |
| Date Assigned | Jul 11, 2016 | Account Designator Code | JOINT_ACCOUNT |
| Original Amount Owed | $4,374 | Account Number | xxxxx 44 |
| Amount | $4,735 | Creditor Classification | Rental or Leasing |
| Status Date | May 05, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | Apr 01, 2016 |

# EXHIBIT A
## Mr. McKinney's Equifax Consumer Disclosure, June 6, 2018, Excerpt

**Comments**
Consumer disputes this account information

### Date Reported: May 05, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | ARS ACCOUNT RESOLUTION SERVICES | Balance Date | May 05, 2018 |
| Date Assigned | Mar 20, 2017 | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Original Amount Owed | $129 | Account Number | xxxxxx 40 |
| Amount | $129 | Creditor Classification | Medical or Health Care |
| Status Date | May 05, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | Feb 01, 2016 |

**Comments**
Consumer disputes this account information
Medical

### Date Reported: May 05, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | ARS ACCOUNT RESOLUTION SERVICES | Balance Date | May 05, 2018 |
| Date Assigned | May 26, 2016 | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Original Amount Owed | $99 | Account Number | xxxxxx 00 |
| Amount | $99 | Creditor Classification | Medical or Health Care |
| Status Date | May 05, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | May 01, 2015 |

**Comments**
Consumer disputes this account information
Medical

### Date Reported: Apr 26, 2018

| | | | |
|---|---|---|---|
| Original Creditor Name | COMMONWEALTH FINANCIAL | Balance Date | Apr 26, 2018 |
| Date Assigned | Dec 07, 2017 | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Original Amount Owed | $63 | Account Number | xxxxxx 79N1 |
| Amount | $63 | Creditor Classification | Medical or Health Care |
| Status Date | Apr 26, 2018 | Last Payment Date | |
| Status | UNPAID | Date of First Delinquency | Sep 01, 2012 |

**Comments**
Medical

# EXHIBIT A
## Mr. McKinney's Equifax Consumer Disclosure, June 6, 2018, Excerpt

**Date Reported: Apr 26, 2018**

| | | | |
|---|---|---|---|
| **Original Creditor Name** | COMMONWEALTH FINANCIAL | **Balance Date** | Apr 26, 2018 |
| **Date Assigned** | Dec 07, 2017 | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Original Amount Owed** | $176 | **Account Number** | xxxxxx 76N1 |
| **Amount** | $176 | **Creditor Classification** | Medical or Health Care |
| **Status Date** | Apr 26, 2018 | **Last Payment Date** | |
| **Status** | UNPAID | **Date of First Delinquency** | Sep 01, 2012 |

**Comments**
Medical