# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DEMETRIUS MCKINNEY, individually and on behalf of a class of similarly situated persons,**

    Plaintiff,

v.                                                                                  Case No: 8:18-cv-2624-T-35AEP

**EQUIFAX INFORMATION SERVICES, LLC,**

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal, (Dkt. 25), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Parties also "stipulate[d] to a dismissal of any class claims without prejudice, as the proposed class was never certified by this Court." (Id.) Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 13th day of May, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party